## COMMONWEALTH v. WILLIAM SKEETERS, ET AL.

[Abstract Kentucky Law Reporter, Vol. 2—59.]

**Suit on Common-Law Bond.**

A common-law obligation can only be proceeded upon in a court having civil jurisdiction.

### APPEAL FROM HARDIN CIRCUIT COURT.

December 9, 1880.

OPINION BY JUDGE HINES:

The demurrer to the petition in this case was properly sustained. If the bond is good for any purpose, and we think it is not, it is good for only a common-law obligation, and can be proceeded upon only in a court having civil jurisdiction. The jurisdiction of the Hardin Criminal Court was exclusively criminal, and this being a civil proceeding there was no jurisdiction. *Morgan v. Commonwealth,* 12 Bush 84.

*Affirmed.*

Hardin, for appellant. Montgomery & Poston, for appellees.

[Cited, *Brown v. Commonwealth*, 2 Ky. L. 214.]